# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO GONZALEZ,<br><br>        Petitioner,<br><br>       v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | Case No. ED CV 16-1087-JFW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Amended Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: April 26, 2017

                                                                  HONORABLE JOHN F. WALTER
                                                                   UNITED STATES DISTRICT JUDGE