JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LEANDRO GONZALEZ,                  ) Case No. ED CV 16-1087-JFW (SP)

                Petitioner,       )

        v.                              )                    **JUDGMENT**

DANIEL PARAMO, Warden,             )

              Respondent.      )

_____ )

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 26, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE